# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Miller, Douglas E. | United States District Court, Eastern District of Virginia | 04/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, full time | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Eastern District of Virginia
600 Granby Street, Room 181
Norfolk, VA 23510

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Charles H. Taylor Memorial Library |
| 2. Board of Managers Member | The Edward L. Williams and Mary B. Williams Foundation |
| 3. Rear Commodore (Board Member) | Hampton Yacht Club - 501(c)(7) recreational/social club |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Miller, Douglas E.** | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental Property-Hampton VA (2020 Assessment: $123,700) | D | Rent | M | S | | | | | |
| 2. | Merrill-Lynch Money Market Acct. | A | Interest | J | T | | | | | |
| 3. | Merrill-Lynch Mutual Funds: | | | | | | | | | |
| 4. | -Alger Small Cap Focus | A | Dividend | J | T | Sold (part) | 06/09/20 | J | | |
| 5. | -Blackrock Large Cap Fcs | A | Dividend | J | T | Sold (part) | 09/30/20 | J | | |
| 6. | -Columbia Dividend Income | A | Dividend | | | Buy | 03/23/20 | J | | |
| 7. | -Columbia Dividened Income | A | Dividend | | | Sold (part) | 06/09/20 | J | | |
| 8. | -Columbia Dividend Income | A | Dividend | K | T | Buy (add'l) | 09/30/20 | J | | |
| 9. | -Columbia LTD Duration | A | Dividend | K | T | Buy | 09/30/20 | K | | |
| 10. | -Delaware Value Fund | A | Dividend | | | Sold | 03/23/20 | K | | |
| 11. | -Eaton Vance Floating Rate | A | Dividend | | | Sold | 03/23/20 | J | | |
| 12. | -Federated Hermes Total | A | Dividend | | | Buy | 03/26/20 | J | | |
| 13. | -Federated Hermes Total | A | Dividend | K | T | Buy (add'l) | 06/10/20 | J | | |
| 14. | -Hartford World | A | Dividend | J | T | Buy (add'l) | 06/10/20 | J | | |
| 15. | -Ishares MSCI USA Minimum Volatility ETF | A | Dividend | K | T | Sold (part) | 06/11/20 | J | | |
| 16. | -Janus Henderson Short | A | Dividend | K | T | Buy (add'l) | 06/09/20 | J | | |
| 17. | -Loomis Sayles Growth Fund | A | Dividend | J | T | Sold (part) | 06/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -Lord Abbett Convertible | A | Dividend | | | Buy | 03/23/20 | J | | |
| 19.  -Lord Abbett Convertible | A | Dividend | | | Sold<br>(part) | 06/09/20 | J | | |
| 20.  -Lord Abbett Convertible | A | Dividend | J | T | Sold<br>(part) | 09/30/20 | J | | |
| 21.  -MFS Corporate Bond Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/11/20 | J | | |
| 22.  -MFS Emerging Markets | A | Dividend | K | T | Buy | 09/30/20 | J | | |
| 23.  -MFS International Diversificaiton Fund | A | Dividend | J | T | Sold<br>(part) | 06/09/20 | J | | |
| 24.  -MFS Mid Cap Growth Fund | A | Dividend | J | T | Sold<br>(part) | 06/09/20 | J | | |
| 25.  -Pacific Funds Core | A | Dividend | | | Buy | 03/26/20 | J | | |
| 26.  -Pacific Funds Core | A | Dividend | K | T | Buy<br>(add'l) | 06/11/20 | J | | |
| 27.  -PGIM Absolute Return Bond Fund | A | Dividend | | | Sold | 03/23/20 | K | | |
| 28.  -PGIM Jennison Global | A | Dividend | | | Buy | 03/23/20 | J | | |
| 29.  -PGIM Jennison Global | A | Dividend | | | Sold<br>(part) | 06/09/20 | J | | |
| 30.  -PGIM Jennison Global | A | Dividend | J | T | Sold<br>(part) | 09/30/20 | J | | |
| 31.  -PGIM Short Dur High Yld Income | A | Dividend | | | Sold | 03/23/20 | J | | |
| 32.  -Pimco GNMA & Government | A | Dividend | | | Buy | 03/23/20 | J | | |
| 33.  -Pimco GNMA & Government | A | Dividend | J | T | Buy<br>(add'l) | 06/11/20 | J | | |
| 34.  -Pimco Income Fund | A | Dividend | | | Buy<br>(add'l) | 06/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -Pimco Income Fund | A | Dividend | K | T | Sold<br>(part) | 09/30/20 | J | | |
| 36.   -Touchstone Flexible Income Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 37.   -Vanguard 500 Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 06/09/20 | J | | |
| 38.   Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 39.   SunTrust Savings Acct. | A | Interest | M | T | | | | | |
| 40.   Newport News Municipal Employees C.U. | A | Interest | J | T | | | | | |
| 41.   ICMA-Retirement Corp. 503-B | | None | M | T | | | | | |
| 42.   TIAA CREF-Retirement Acct: | | | | | | | | | |
| 43.   -TIAA Traditional | | None | K | T | | | | | |
| 44.   -CREF Stock | | None | K | T | | | | | |
| 45.   VA Education Savgs Trust, Potomac<br>Portfolio, FBO minor child | | None | J | T | | | | | |
| 46.   VA Education Savgs Trust, Potomac<br>Portfolio, FBO minor child | | None | J | T | | | | | |
| 47.   Nelson's Grant Development LLC-<br>Investment Membership | | None | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/20/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Douglas E. Miller**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544